UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

       v.

                                                  NOTICE OF APPEARANCE
                                                  10 Mag 2690

MARCO ANTONIO LOPEZ-GOMEZ,
             Defendant(s)

-----------------------------------------------------------X

        GERALD J. DI CHIARA, ESQ. an attorney duly admitted to practice law in this

Court, respectfully appears in the above matter, as counsel for the defendant

Marco Antonio Lopez-Gomez., pursuant to the Criminal Justice Act.

                                                _____
                                                Gerald J. Di Chiara, Esq.
                                                404 Park Avenue South
                                                New York, New York 10016 16th fl
                                                (212)679-1958
                                                (212)689-3315 (fax)